AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Foster J. Price | )<br>)<br>) Case No: 4:CR-06-053-01<br>)<br>) USM No: 05067-015<br>) |
| Date of Original Judgment: 10/17/2008<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | ) D. Toni Byrd, Esq.<br>*Defendant's Attorney* |

FILED HARRISBURG, PA NOV 2 3 2015 MARIA E. ELKINS, CLERK Per_____

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___324___ months **is reduced to** ___262 months___.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___10/17/2008___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 11/23/15

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

Christopher C. Conner, Chief United States District Judge
*Printed name and title*